UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **KENNETH CHAN** | : | **CIVIL ACTION NO. 2:25-cv-001876** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **GENINE D. EDWARDS ET AL** | : | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

Before the court is a Report and Recommendation [doc. 3] of the Magistrate Judge, recommending that plaintiff's Motion to Proceed *in forma pauperis* [doc. 2] be granted, but that plaintiff's complaint and this matter be dismissed without prejudice pursuant to 28 U.S.C. § 1915(e).

The Report and Recommendation of the Magistrate Judge having been considered, and determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff Kenneth Chan's Motion to Proceed *in forma pauperis* [doc. 2] is **GRANTED**.

**IT IS FURTHER ORDERED** that Chan's complaint, and this matter are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e) for failure to state a claim upon which relief may be granted.

**THUS DONE AND SIGNED** in Chambers on this 7th day of January, 2026.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE